# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0860–4 | User: admin | | Date Created: 8/12/2024 |
| Case: 4:24–bk–12613 | Form ID: 309A | | Total: 15 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Felicia Raye McClain | 16260 Hwy 35S | Rison, AR 71655 | | |
| ust | U.S. Trustee (ust) | Office Of U. S. Trustee | 200 W Capitol, Ste. 1200 | Little Rock, AR 72201 | |
| tr | M. Randy Rice | Chapter 7 Panel Trustee | 124 W. Capitol, Suite 1850 | Little Rock, AR 72201 | |
| aty | Matthew Dean Black | Dickerson Law Firm, P.A. | PO Box 6400 | Hot Springs, AR 71902 | |
| 7017077 | Syncb/Home Design Hvac | Attn: Bankruptcy | PO Box 965060 | Orlando, FL 32896–5060 | |
| 7017078 | Syncb/Home Design Hvac | PO Box 71757 | Philadelphia, PA 19176 | | |
| 7017075 | Syncb/amazon | Attn: Bankruptcy | PO Box 965060 | Orlando, FL 32896–5060 | |
| 7017076 | Syncb/amazon | PO Box 71737 | Philadelphia, PA 19176 | | |
| 7017079 | Syncb/lowes | Attn: Bankruptcy | PO Box 965060 | Orlando, FL 32896–5060 | |
| 7017080 | Syncb/lowes | PO Box 71727 | Philadelphia, PA 19176 | | |
| 7017082 | Synovusbk/greensky | 1797 Northeast Expy NE | Atlanta, GA 30329–7803 | | |
| 7017081 | Synovusbk/greensky | Attn: Bankruptcy | 5565 Glenridge Connector | Ste 700 | Atlanta, GA 30342–4796 |
| 7017083 | Thd/Cbna | Citicorp Cr Srvs/Centralized Bankruptcy | PO Box 790040 | Saint Louis, MO 63179–0040 | |
| 7017084 | Thd/Cbna | PO Box 6497 | Sioux Falls, SD 57117–6497 | | |
| 7017085 | Union Bank & Trust | PO Box 270 | Monticello, AR 71655 | | |

TOTAL: 15