IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: Felicia Raye McClain                    CASE NO. 4:24-BK-12613
                                                              CHAPTER 7

**<u>ORDER GRANTING MOTION FOR RELIEF FROM STAY</u>**

Comes on for hearing that certain Motion for Relief from Stay filed herein on behalf of Union Bank & Trust Company ("UB&T").

The matter is presented upon the Motion as filed herein on August 15, 2024 and that certain Order on and Notice of Opportunity to Object to Motion for Relief and/or for Abandonment rendered and filed herein on August 16, 2024.

No objection having been filed to the motion, it is, by the court, found and determined as follows:

1. That on or about November 12, 2021, the Debtor did make, execute and deliver a Promissory Note evidencing her indebtedness to UB&T in the original sum of $66,861.84, together with interest thereon at the initial rate of 4.33% per annum. A true and correct copy of said Promissory Note is attached as Exhibit "1" to UB&T's Motion for Relief from Stay.

2. That to secure the repayment of the indebtedness described above, the Debtor did make, execute and deliver a Mortgage to UB&T dated November 21, 2021, filed for record December 1, 2021, and recorded as Instrument No. 104710, in the Drew County

real estate records. A true and correct copy of said Mortgage is attached as Exhibit "2" to UB&T's Motion for Relief from Stay.

3. That the real property upon which UB&T holds a first mortgage lien situated in Drew County, Arkansas, and is more particularly described as follows, to-wit:

> Lots 1 and 2 of Block "D" of Laude's Subdivision of the City of Monticello, according to the Plat of said subdivision prepared by Y. R. Royal, surveyor, now recorded at Page 391, of Book 28, of the deed records of Drew County, Arkansas; and

> Beginning at the Southwest corner of Lot 1 of Block "D" of said Laude's Subdivision, thence West 10 feet, thence North 139.6 feet, thence East 10 feet, thence North 139.6 feet to the Point of Beginning, this property being a portion of the platted alley way which was closed by Resolution of the City Council of Monticello, Arkansas, on June 21, 1979.

4. That the Debtor has defaulted in her repayment obligations to UB&T. Debtor has not made a payment since January 2, 2024.

5. That there remains due and owing to UB&T the sum of $68,994.72, together with interest from, in the sum of $12.98 per day from August 15, 2024, together with UB&T's accruing legal fees and costs.

6. The debtor, in Schedule A / B of her bankruptcy petition filed herein, asserts that the real property in question has a currently fair market value of $71,050.00. Given the amount of the secured indebtedness to UB&T, there is no equity in the property for either the debtor or the bankruptcy estate.

IT IS, THEREFORE, by the court, considered, ordered, and adjudged, that UB&T is granted relief from the Automatic Stay Provisions of the United States Bankruptcy Code so that it may exercise its State Law remedies as to the above-described collateral; that upon completion of the foreclosure sale, UB&T is ordered to report the results of said sale to the Trustee and to hold any surplus over and above the cost of the sale and the satisfaction of the UB&T debt pending further orders of this court.

Rendered and ordered to be recorded this 12th day of September, 2024.

_____
U.S. Bankruptcy Judge