IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: Felicia Raye McClainCASE NO. 4:24-BK-12613
CHAPTER 7

ORDER GRANTING MOTION TO WITHDRAW PLEADING:

Pleading Titled "Motion to Dismiss or in the Alternative Motion for Relief from Stay" as Docket Entry No. 16

Comes on for hearing that certain Motion to Withdraw Pleading filed herein on behalf of Union Bank & Trust Company, Creditor, by and through its attorney of record, Barton & Roper, PLLC.

Upon consideration, it is, by the Court, found and determined as follows:

1. That a pleading titled "Motion to Dismiss Bankruptcy Case for Failure to Make Plan Payments, or in the alternative Motion for Relief from Stay" was filed of record with a $199 filing fee on the 10th day of September, 2024.

2. That the pleading referenced in Paragraph 1 above was filed in error and same should be withdrawn.

3. That the pleading should have been filed in Re: Vincent Thompson Case No. 4:23-BK-13431.

-1-

4. That for good cause shown the Pleading referenced in Paragraph 1 above should be withdrawn and dismissed without prejudice and held for naught.

It is, by the court, therefore, considered, ordered, and adjudged that Creditor Union Bank & Trust's Motion to Dismiss Bankruptcy Case for Failure to Make Plan Payments, or in the alternative Motion for Relief from Stay be dismissed without prejudice and held for naught and that Creditor's filing fee be refunded or the charge cancelled.

Rendered and ordered to be recorded this __25th__ day of September, 2024.

_____
**HONORABLE RICHARD D. TAYLOR**
**United States Bankruptcy Court**